PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern ~~NORTHERN~~ DISTRICT OF TEXAS
Texarkana ~~ABILENE~~ DIVISION

FILED USDC TXED
SEP 30 2025 PM1:41

Kedrien D Booker #02425926
Plaintiff's Name and ID Number

Telford Unit
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

V.

Clemento Ameh, 3899 State Hwy 98 S New Boston TX 75570
Defendant's Name and Address

Sonya Whitmore, 3899 State Hwy 98 S New Boston TX 75570
Defendant's Name and Address

NaKevia Fluellen - Sedrick T. Taylor, 3899 State Hwy 98 S New Boston TX 75570
Defendant's Name and Address
( DO NOT USE "ET AL.")

Eric Guerrero P.O. Box 99 Huntsville TX 77342

INSTRUCTIONS – READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1. Approximate date of filing lawsuit: Don't have officers have destroyed my property
   2. Parties to previous lawsuit:
      Plaintiff(s)_____
      Defendant(s)_____
   3. Court: (If federal, name the district; if state, name the county.)_____
   4. Cause number:_____
   5. Name of judge to whom case was assigned:_____
   6. Disposition: (Was the case dismissed, appealed, still pending?)_____
   7. Approximate date of disposition:_____

2

II. PLACE OF PRESENT CONFINEMENT: Telford Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _____ YES __✓__ NO

I was told by grievance supervisor that use of force is not grivable

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

plus D. Porker grievance investigater say she is way way behind which makes the grivance process unavalible to me

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Kedrien Booker 3899 State Hwy 98 New Boston TX 75570

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Clemento Ameh, correctional officer at Telford 3899 State Hwy 98 New Boston TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

gave me a extra tray at Lunch which posion me then later sprayed me with Chemi agent

Defendant #2: Sonya Whitmore Sgt at Telford Unit 3899 State Hwy 98 New Boston TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Witness my cell being sprayed with chemical agent fail to remedy the wrong fail to properly train & supervise officer and discipline officer

Defendant #3: NaKevia Fluellen correctional officer at Telford Unit 3899 State Hwy 98 New Boston TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

fail to give me a clean Bedding & cleaning supplies and fail to put me in shower to decontaminate myself she also handcuff me so tight it left cuts on my wrist.

Defendant #4: Sedrick T. Taylor- correctional officer at Telford Unit 3899 State Hwy 98 New Boston TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

notice my food had Chemical agent on it and made me eat it and deny me food and cleaning supplies & clean bedding.

Defendant #5: Eric Guerrero Director of Texas Department of Criminal Justice

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He put in place. He put either practices, written or unwritten policy or Administrative Directive by searching a inmate after chemical agent has Been sprayed for the sole purpose to inflict more extreme pain & suffering on a inmate.

3

V. STATEMENT OF CLAIM: These officers Violated their Constitutional obligation

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Telford Unit 12 Building EB 2-24 Cell Between 10-1:00pm officer Ameh gave me a second Food tray that cause me to vomit, dizziness and head hurt. This took place on 9-13-25 now around 4:00-6:00pm I question him showing him a Bottle of food that I suppose to Recieve Mechanical soft diet because I can not chew food from lack of teeth. Clement Ameh used a white food tray hit the Bottle out my hand and For NO Valid Reason used Chemical agent Greater than Necessary. He empty the whole Cannister threw it on ground walk off. LaKevia Mueller and Sonya Whitmore took no to medical. Mueller handcuff me so tight it left Big cuts with Blood coming from my wrist. Sonya Whitmore and officer Taylor denied me a shower to decontaminate myself I had to decontaminate in my toilet plus my foods was contaminated. They Both lied as if they would Bring me Fresh Food. I take Medication I had to eat decontaminated food. My mouth + Body Burn For 38 hrs.
The Director has officers searching a inmate Body After Chemical agent been sprayed.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. From Director Eric Guerrero in his individual Capacity in Compensatory Damages I seek 2.25 million Dollars plus 3.9 million in punitive Damages
In my prayer to the Courts in Damages in their individual Capacity From each Defendant I seek 125,000 dollars. and From Sonya White more in her individual Copacity for Failure to Train + Supervise I seek in punitive damages 398,000 dollars for pain+suffering / Mental + emotional Distress Attorney Fees + Cost Deemed Just+proper

VII. GENERAL BACKGROUND INFORMATION:
A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Kedrien Booker Kaci

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
2125926  14182-042

VIII. SANCTIONS:
A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  ✓ NO
B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: _____
                DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __17__ day of __Sep__, 20 __25__.
         (Day)            (month)            (year)

_Kedrian Booker_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.